STATE OF SOUTH DAKOTA



OFFICE OF ATTORNEY GENERAL

1302 East SD Highway 1889, Suite 1
Pierre, South Dakota 57501-8501

**MARTY J. JACKLEY**　　　　Phone (605) 773-3215　　　　**BRENT K. KEMPEMA**
ATTORNEY GENERAL　　　　Fax (605) 773-4106　　　　CHIEF DEPUTY
　　　　　　　　　　http://atg.sd.gov

March 11, 2026

**VIA CM/ECF**

Susan E. Bindler, Clerk of Court
United States Court of Appeals for the Eighth Circuit
111 South 10th Street, Room 24.329
Thomas F. Eagleton Courthouse
St. Louis, MO 63102

Re:　*Dakotans for Health v. Johnson,* 25-2940
　　　Availability for Oral Argument

Dear Ms. Bindler:

Appellant is available for oral argument per the court's calendar:

> April 13 or 14 in St. Louis.  The balance of that week I am attending a work-related conference in Utah.
> Any day the week of May 11-15 in Omaha or St. Paul.
> Any day the week of June 8-12 in St. Louis or St. Paul.

Sincerely,

*Paul S. Swedlund*

Paul S. Swedlund
South Dakota Solicitor General