UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

---

No. 25-2940

---

Dakotans for Health; Rick Weiland

Plaintiff-Appellee

v.

Monae Johnson, Secretary of State; in her official capacity only

Defendant-Appellant

---

**Motion to Supplement Motion for Attorney Fees and Costs**
**By Additional $5,508.39**

On August 24, 2026, Dakotans for Health and Rick Weiland moved for attorney fees and costs. Entry ID 5675375. Defendant objected, and asked this Court to hold plaintiffs' motion "in abeyance pending the outcome of the pending petition for rehearing en banc as well as any further proceedings that might come after." Entry ID 5679323 at 3. Plaintiffs replied, and did not object to this Court holding the motion until it resolves defendant's petition for rehearing en banc. Entry ID 5679614 at 1.

After filing their motion for fees and costs, plaintiffs' attorney expended additional fees and costs shown on Exhibit 1, in the total amount of $5,508.39. Plaintiffs move to supplement their motion in this additional amount, for a total of $72,717.10 (August 24 motion for $67,208.71 plus $5,508.39 = $72,717.10).

Dated: September 17, 2026 Respectfully submitted,

/s/ James D. Leach
James D. Leach
Attorney at Law
1617 Sheridan Lake Rd.
Rapid City, SD 57702
(605) 341-4400
jim@southdakotajustice.com
Attorney for Plaintiffs

Certificate of Service

I certify that on September 17, 2026, I filed this document electronically, thereby causing automatic electronic service to be made on all parties.

/s/ James D. Leach
James D. Leach

Certificate of Compliance

I certify that this document contains 131 words. It has been scanned for viruses and is virus-free.

/s/ James D. Leach
James D. Leach

JAMES D. LEACH, ATTORNEY AT LAW
1617 SHERIDAN LAKE ROAD
RAPID CITY, SD 57702

Dakotans For Health-2025/Appeal
1109 S Phillips Ave
Sioux Falls, SD 57105

September 17, 2026

Invoice #12284

Professional Services

| Date | Init. | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/24/2026 | JDL | Read State's petition for rehearing and rehearing en banc; email client | 0.50<br>500.00/hr | 250.00 |
| 8/25/2026 | JDL | Memo to file re: potential ideas for response to petition for rehearing; email client | 0.50<br>500.00/hr | 250.00 |
| 8/26/2026 | JDL | Draft consent motion to extend time; email State | 0.40<br>500.00/hr | 200.00 |
| 8/27/2026 | JDL | Edit and revise draft Motion to Extend Time | 0.30<br>500.00/hr | 150.00 |
| 9/2/2026 | JDL | Review State's opposition to motion for fees and costs; draft reply; edit and revise reply | 1.50<br>500.00/hr | 750.00 |
| 9/5/2026 | JDL | Read State's Petition for Rehearing En Banc; review applicable rules; review briefs, panel opinion, record materials, and critical cases; write first draft of Response to Petition for Rehearing En Banc (10 pages) | 5.50<br>500.00/hr | 2,750.00 |
| 9/7/2026 | JDL | Start editing and revising draft Opposition to Petition for Rehearing En Banc | 0.90<br>500.00/hr | 450.00 |
| 9/15/2026 | JDL | Continue editing Opposition to Petition for Rehearing En Banc; legal research re: judicial estoppel; check court rules | 1.40<br>500.00/hr | 700.00 |

EXHIBIT
tabbies
1

| | | Hours | Amount |
|---|---|---|---|
| | For professional services rendered | 11.00 | $5,500.00 |
| | Expenses : | | |
| | | Qty/Price | |
| 9/2/2026 | Lexis Electronic Legal Research | 1<br>8.39 | 8.39 |
| | Total costs | | $8.39 |
| | Total amount of this bill | | $5,508.39 |