**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

October 1, 2026

Paul Sanford Swedlund
ATTORNEY GENERAL'S OFFICE
Suite 1
1302 E. Highway 1889
Pierre, SD 57501-8501

RE: 25-2940 Dakotans for Health, et al v. Monae Johnson

Dear Counsel:

Enclosed is a copy of an order granting petition for rehearing en banc in the referenced case. The case will be set for oral argument during the court session in January 2027 at St. Louis. You will be notified as soon as the court has set the time and place for oral argument.

Counsel for each party should, within ten (10) days, submit thirty (30) additional copies of all previously filed briefs and eight (8) additional copies of the appendix.

Susan E. Bindler
Clerk of Court

DAK

Enclosure(s)

cc: Clerk, U.S. District Court, District of South Dakota
Grant Michael Flynn
James D. Leach

District Court/Agency Case Number(s): 4:25-cv-04050-CCT